**Order entered September 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00451-CV

## IN THE INTEREST OF S.R.L., A CHILD

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-17-19782-Z

## ORDER

Appellee's second motion for extension of time to file its brief is **GRANTED**, and the appellee's brief received on September 1, 2020, is **ORDERED** filed as of the date of this order.

/s/    LANA MYERS
PRESIDING JUSTICE